# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JERRY D. HATFIELD & DEBRA L. HATFIELD        Case Number: 05-71536
3535 QUAIL TRAP ROAD                                SSN-xxx-xx-4019 & xxx-xx-2467
CALEDONIA, IL  61011

Case filed on: 4/1/2005
Plan Confirmed on: 8/5/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $107,720.14        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 0.00 | 0.00 | 12,126.00 | 0.00 |
| 002 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 46,354.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 58,480.00 | 0.00 |
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 1,321.50 | 1,321.50 | 1,321.50 | 0.00 |
|  | Total Legal | 1,321.50 | 1,321.50 | 1,321.50 | 0.00 |
| 013 | BOONE COUNTY TREASURER | 1,323.45 | 1,323.45 | 1,323.45 | 0.00 |
|  | Total Priority | 1,323.45 | 1,323.45 | 1,323.45 | 0.00 |
| 999 | JERRY D. HATFIELD | 0.00 | 0.00 | 804.16 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 804.16 | 0.00 |
| 003 | BOONE COUNTY TREASURER | 3,161.00 | 3,161.00 | 3,161.00 | 92.20 |
| 004 | WARNER'S AUTO SALES & SERVICE | 1,500.00 | 813.42 | 813.42 | 171.20 |
| 012 | BLACKHAWK STATE BANK | 34,443.29 | 34,443.29 | 34,443.29 | 0.00 |
|  | Total Secured | 39,104.29 | 38,417.71 | 38,417.71 | 263.40 |
| 003 | BOONE COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WARNER'S AUTO SALES & SERVICE | 1,054.61 | 0.00 | 0.00 | 0.00 |
| 005 | ACCESS RESOURCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MERCEDES BENZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SUPERIOR AIR GROUND AMBULANCE SERVICE | 261.42 | 261.42 | 261.42 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,316.03 | 261.42 | 261.42 | 0.00 |
|  | Grand Total: | 43,065.27 | 41,324.08 | 100,608.24 | 263.40 |

Total Paid Claimant:        $100,871.64
Trustee Allowance:          $6,848.50         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00            discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009        By  /s/Heather M. Fagan